JS-6

1
2
3
4
5
6
7

8        **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

| 11 | JOSE L. AGUILAR, | Case No. 2:13-cv-1440-R-VBK |
| 12 | Plaintiff, | Hon. Manuel L. Real<br>Ctrm. 8 – 2nd Floor – Spring Street |
| 13 | vs. | |
| 14 | SUNTRUST MORTGAGE, INC., JACKIE MILLER, EXECUTIVE | **ORDER ON DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| 15 | TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, MORTGAGE | |
| 16 | ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO | |
| 17 | BANK, N.A. and DOES 1-100, inclusive, | Date:   May 6, 2013<br>Time:   10:00 a.m.<br>Ctrm.:   8 |
| 18 | Defendants. | |
| 19 | | Action Filed:   January 15, 2013 |

20
21
22
23
24
25
26
27
28

19000.1470/2600374.1

1        The motion of Defendants EXECUTIVE TRUSTEE SERVICES, LLC dba

2    ETS SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION

3    SYSTEMS, INC.; and WELLS FARGO BANK, N.A. (collectively "Defendants")

4    to dismiss the Complaint of Plaintiff JOSE L. AGUILAR pursuant to Federal Rule

5    of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be

6    granted came on regularly for hearing on May 6, 2013 at 10:00 a.m. in Courtroom 8,

7    the Honorable Manuel L. Real presiding.  William J. Idleman appeared on behalf of

8    Defendants.  There was no appearance by or on behalf of Plaintiff.

9        The Court, having read and considered Defendants' motion to dismiss, the

10   memorandum of points and authorities in support thereof, and any opposition

11   thereto, and having heard argument from the parties, granted Defendants' motion to

12   dismiss Plaintiff's Complaint without leave to amend, on the grounds that Plaintiff

13   failed to state any claim against Defendants upon which relief can be granted.

14       GOOD CAUSE APPEARING,

15       **IT IS HEREBY ORDERED** that Defendants' motion to dismiss Plaintiff's

16   Complaint is granted without leave to amend.

17       **IT IS FURTHER ORDERED** that the case is dismissed in its entirety with

18   prejudice as to Defendants EXECUTIVE TRUSTEE SERVICES, LLC dba ETS

19   SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,

20   INC.; and WELLS FARGO BANK, N.A.

21

22

23   DATED: June 13, 2013        _____

24                               MANUEL L. REAL
                                UNITED STATES DISTRICT COURT
25                              JUDGE

26

27

28

19000.1470/2600374.1                                    Case No. 2:13-cv-1440-R-VBK

                                              (Proposed) Order on Defendants' Motion to Dismiss